**JS–6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATILDE MORENO<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>SAM'S WEST, INC., et al.<br><br>　　　　Defendant(s). | CASE NO:<br>2:14–cv–08676–FMO–VBK<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

　　Having been advised by counsel that the above–entitled action has been settled, IT IS ORDERED that the above–captioned action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within 45 **days from the filing date of this Order**, to re–open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

　　**IT IS SO ORDERED.**

DATED: March 3, 2015　　　　　　　　　　/s/ *Fernando M. Olguin*
　　　　　　　　　　　　　　　　　　　　Fernando M. Olguin
　　　　　　　　　　　　　　　　　　　　United States District Judge